# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES R. MULLINS, JR.,

       Plaintiff,                       Case No. 3:12-cv-131

                                      District Judge Timothy S. Black

    -vs-                               Magistrate Judge Michael R. Merz

                                   :

BANK OF AMERICA CORP.,

       Defendant.

## ORDER

The Court notes the filing on May 22, 2012, of Plaintiff's Response (Doc. No. 8) to the Court's Order of May 2, 2012 (Doc. No. 5). In light of that filing, the Report and Recommendations of May 18, 2012, is WITHDRAWN.

The Court has assured itself, consistent with notice obligations, that counsel for Plaintiff in the state court case is registered in the CM/ECF system and has received Plaintiff's Response. The Court will accordingly not engage in further analysis of the filings s*ua sponte*, but will await further filings from the parties.

May 24, 2012.

                                                       s/ **Michael R. Merz**
                                                   United States Magistrate Judge