# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**JAMES R. MULLINS, JR.,**

    Plaintiff,

**-vs-**

      **CASE NO.**    **3:12-CV-131**

      **Judge Timothy S. Black**
      **Magistrate Judge Michael J. Merz**

**BANK OF AMERICA CORP.,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate Judge (Doc. 14) is **ADOPTED**; the case is **REMANDED** to the state court; and that the case is **TERMINATED** from the docket of the Court.

Date:  August 1, 2012                    **JAMES BONINI, CLERK**

                                                By: *s/ M. Rogers*
                                                Deputy Clerk