UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES R. MULLINS, JR., | : | Case No. 3:12-cv-131 |
| Plaintiff, | : : : | Judge Timothy S. Black<br>Magistrate Judge Michael R. Merz |
| vs. | : : | |
| BANK OF AMERICA CORP., | : : | |
| Defendant. | : | |

### DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 21)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on August 16, 2012, submitted a Report and Recommendations. (Doc. 21). Plaintiff filed Objections to the Report and Recommendations on September 11, 2012. (Doc. 22).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety; and Plaintiff's Objections to the Report and Recommendations are overruled..

Accordingly:

1. The Report and Recommendations (Doc. 21) is **ADOPTED**;

2. Plaintiff's request for leave to proceed in *forma pauperis* is not taken in objective good faith (Doc. 20) and **DENIED**; and

3. This civil action remains **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 9/24/12

Timothy S. Black
United States District Judge